UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Sniper Services, LLC**    §    Case No.: **22-41502**
§
§
Debtor(s)    §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:  **July 5, 2022**          **/s/ Chad Hessell**
                                  **Chad Hessell**/**Managing Member**
                                  Signer/Title

Date:  **July 5, 2022**          **/s/ Eric A. Liepins**
                                  Signature of Attorney
                                  **Eric A. Liepins**
                                  **Eric A. Liepins**
                                  **12770 Coit Road**
                                  **Suite 850**
                                  **Dallas, TX 75251**
                                  **972-991-5591   Fax: 972-991-5788**

                                  **81-2605292**
                                  Debtor's Social Security/Tax ID No.


                                  Joint Debtor's Social Security/Tax ID No.

Berkshire Hathaway AmGuard Ins.
Po Box AH
Wilkes Barre, PA 18703

Ford Motor Credit
P.O. Box 650573
Dallas, TX 75265

Interanl Revenue Services
100 Commerce Street
Mail Code DAL-5027
Dallas, TX 75242

JCE Target
3232 Skylane Drive
Suite 120
Carrollton, TX 75006

John Deere
P.O. Box 6600
Johnston, IA 50131

N2 Publishing
5051 New Centre Drive
Wilmington, NC 28403

NTTA
PO Box 660244
Dallas, TX 75266-0244 HJG-8710

Pie Insurance
McCarthy, Burgress & Wolf
2600 Cannon
Bedford, OH 44146

SunState
5552 East Washington Street
Phoenix, AZ 85034

```
Texas Comptroller
PO Box 13528, Capitol Station
Austin, TX 78711-3528


TxTAg
P.O. Box 650749
Dallas, TX 75265


TXTAG
PO Box 650749
Dallas, TX 75265-0749
```