

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 9, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SNIPER SERVICES, LLC | § | CASE 22-41502-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

A Disclosure Statement, pursuant to Section 1125 of the Bankruptcy Code Dated November 1, 2022 ("Disclosure Statement") having been filed by Debtor, Sniper Services, LLC, Debtor in the

above-styled and referenced bankruptcy proceeding referring to Debtor's Plan of Reorganization dated November 1, 2022, came on for consideration by the Court. The Court having determined that the Disclosure Statement, contains adequate information;

It is ordered, and notice is hereby given, that:

A.   The Disclosure Statement filed by the Debtor is conditionally approved.

B.   December 9, 2022 is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written acceptances or rejections of the Plan in the form of a ballot. One copy of the ballot shall be returned on or before said date to counsel of record, Eric A. Liepins, 12770 Coit Road, Suite 850, Dallas, TX 75251.

C.   No later than November 11, 2022, the Plan, the Order Conditionally Approving the Disclosure Statement, the Disclosure Statement, a Ballot conforming to New Official Form No. 14 shall be transmitted by mail to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

D.   December 14, 2022 at 1:30 p.m. is fixed for the hearing on Confirmation of the Plan and Final Approval of the Disclosure Statement in the Court room of the Honorable Edward Morris, 501 Tenth Street, Room 204, Fort Worth, Texas.

E.   December 9, 2022 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan or the Disclosure Statement.

### End of Order ###

___/s/ Erin Schmidt_____

**ORDER APPROVING DISCLOSURE STATEMENT, PURSUANT TO SECTION**
**1125 OF THE BANKRUPTCY CODE AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF**
**PLAN,COMBINED WITH NOTICE THEREOF**                                                                                      Page 2
c:\docs\cableTek\orderdis.state

Erin Schmidt
Office of the United States Trustee